UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Veron Briggs Plaintiff(s)<br><br>vs.<br><br>Thomas Bass<br>Nathan McLaughlin Defendant(s)<br>Stephen Bell | Civil Case No.: 1:22-cv-1065 BKS/DJS<br><br>CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983 |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 17 2022
John M. Domurad, Clerk - Albany

Plaintiff(s) demand(s) a trial by: ☑ JURY  ◯ COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Veron Briggs
   Address: 865 3rd Ave and Fl
   Troy, NY. 12182

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: T. Bass
   Official Position: Police officer - "full capacity"
   Address: 51 State St
   Troy, NY. 12180

b.  Defendant: N. McLaughlin
    Official Position: Police officer/full capacity
    Address: 51 State St
             Troy, N.Y. 12180

c.  Defendant: S. Bell
    Official Position: Police officer/full capacity
    Address: 51 State St
             Troy, N.Y. 12180

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

On 1/23/22, I was falsely arrested by Police officers N. McLaughlin, T. Bass, S. Bell... Plaintiff was approach by office N. Mclaughlin on 124 st 2nd ave after Officer Mclaughlin arrived on the scene, plaintiff begin to explain to officer Mclaughlin what he was called for but, Mclauglin ignored me (stating step to the side) after being approach by nevaeh wright (Plaintiff has an order of-

②

## FACTS

Protection against) Plaintiff then walked off, where plaintiff was followed to his home one block away by officer Mclaughlin, were at that time officers T. Bass S. Bell and Mclaughlin falsely arrested plaintiff in violation of plaintiff 4th, 8th Amendments under the united State Constitution therefore violating plaintiff. basic rights ~~guar~~ guanranted under the united State constitution. plaintiff was falsely arrested an illegally-charged with various crimes an incarcerated for a period of time for crimes plaintiff never committed.

5.                              **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Where as defendents N. Mclaughlin, T. Buss, S. Bell should have known that the actions taken by each individual police officer was in violation of plaintiff constitution right (4th, 8th Admendments) of the united States constitution.

### SECOND CAUSE OF ACTION

Where defendents N. Mclaughlin, T. Buss, S. Bell being Police officers should have known that the actions taken by falsely arresting ~~complaint~~ plaintiff subject plaintiff to pain/suffering as plaintiff inform arresting officers of recovery from Stage #4 Cancer, Plaintiff was still arrested in violation of his Constitution rights.

### THIRD CAUSE OF ACTION

defendents N. Mclaughlin, T. Buss, S. Bell being they failed to take proper action and ignoring the order of protection. defendents negligent cause the unlawful arrest of defendent in violation of his 4th, 8th Admendments of the united States Constitution.

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

defendents clearly failed to act with in their scope of authority and cause plaintiff pain/ Suffering an as a result plaintiff prays for relief with in the Sum of $500.000

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 10/14/2022

_Veron Briggs_
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010