## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Veron Briggs**
          Plaintiff(s)

   vs.                        CASE NUMBER: 1:22-cv-1065 (DJS)

**Thomas Bass, et al**
          Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that Defendants' Motion for Summary Judgment (Dkt. No. 25-14) is GRANTED; and it is further ORDERED, that Plaintiff's Cross-Motion for Summary Judgment (Dkt. No. 36) is DENIED; and it is further ORDERED, that the Complaint (Dkt. No. 1) is DISMISSED.

All of the above pursuant to the order of the Honorable **Daniel J. Stewart**, dated April 10, 2024.

DATED: April 10, 2024

*[signature]*
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk